### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE TRAVELERS HOME AND : 
MARINE INSURANCE COMPANY, : 
    Plaintiff, : 
                          :     **CIVIL ACTION**
    v. :     **NO. 15-6089**
                          :
HEATHER STAHLEY, *et al.*, : 
    Defendants. :

### ORDER

**AND NOW**, this 3rd day of March 2017, upon consideration of Plaintiff's Motion for

Summary Judgment [Doc. No. 18], Defendants' Responses, and Plaintiff's Reply, and for the

reasons stated in the accompanying Opinion, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment [Doc. No. 18] is **GRANTED**;

2. It is hereby **DECLARED** that The Travelers Home and Marine Insurance Company

    owes no duty to defend or indemnify the defendants in the civil action captioned *Siller v.*

    *Stahley*, Montgomery County Court of Common Pleas Docket No. 15-10432; and

3. The Clerk of Court is directed to **CLOSE** this case.

    **IT IS SO ORDERED**.

                                         **BY THE COURT:**

                                         **/s/ Cynthia M. Rufe**

                                         _____

                                         **CYNTHIA M. RUFE, J.**